```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ERIK MONACO,                                                   :
                                                               :
                        Plaintiff,                             :
                                                               :      22-cv-08506 (LJL)
        -v-                                                    :
                                                               :      ORDER
MEDLY PHARMACY, INC.,                                          :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court was informed on December 16, 2022 that Defendant Medley Pharmacy, Inc. had filed a voluntary petition for Chapter 11 bankruptcy.  Dkt. No. 17.  On December 19, 2022, the Court ordered Plaintiff to show cause by December 23, 2022 why the case should not be stayed pursuant to 11 U.S.C. § 362(a).  Dkt. No. 18.  Plaintiff did not respond.

      Accordingly, IT IS HEREBY ORDERED that all proceedings in this case are STAYED pursuant to 11 U.S.C. § 362.

      IT IS FURTHER ORDERED that Defendant shall submit a letter updating the Court as to the status of the bankruptcy proceeding no later than March 27, 2023, and every ninety days thereafter.

      SO ORDERED.

Dated: December 27, 2022
       New York, New York
                                                  LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2022