UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK MONACO,<br><br>                  Plaintiff,<br><br>v.<br><br>MEDLY PHARMACY, INC.,<br><br>                  Defendant. | 22-CV-8506 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued October 23, 2023, directed the parties to file status letters every ninety days updating the Court as to the status of bankruptcy proceedings involving Defendant. *See* Dkt. No. 23. The parties filed their most recent status letter on October 27, 2023. *See* Dkt. No. 24. A status letter was due on January 25, 2024. No such letter was filed. It is hereby

**ORDERED** that the parties shall file the required status letter as soon as possible and no later than **January 31, 2024.** The parties are reminded of their obligation to file periodic status letters as described in the October 23, 2023, order.

      SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                                                 DALE E. HO
                                                    United States District Judge