UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK MONACO,<br><br>     Plaintiff,<br><br>  v.<br><br>MEDLY PHARMACY, INC.,<br><br>     Defendant. | 22-CV-8506 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court issued an Order on October 23, 2023, directing the parties to file a letter every ninety days updating the Court as to the status of bankruptcy proceedings involving Defendant. ECF No. 23. The parties filed their most recent status letter on March 24, 2025. ECF No. 31. A status letter was due on June 23, 2025. No such letter was filed.

  It is hereby ORDERED that the parties shall file the required status letter as soon as possible and no later than October 3, 2025. The parties are reminded of their obligation to file periodic statis letters as described in the October 23, 2023 Order.

SO ORDERED.

Dated: September 26, 2025
   New York, New York

                       DALE E. HO
                    United States District Judge