

Schwartz Perry & Heller LLP
3 Park Avenue, Suite 2700
New York, NY 10016

212.889.6565 PHONE
212.779.8208 FAX
www.sphlegal.com

## Schwartz Perry & Heller

April 10, 2026

<u>Via ECF</u>

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**  **Erik Monaco v. Medly Pharmacy, Inc.**
       **Docket #: 22-CV-08506-DEH**

Dear Judge Ho:

  We represent the Plaintiff in this matter and write on behalf of the parties, to follow up on the status report defense counsel filed earlier today confirming that the bankruptcy is ongoing and the stay of this matter has not been lifted. Defense counsel has further advised that because of the bankruptcy he does not have a client with whom he can consult.

  The parties apologize for not providing the status report before the March 3, 2026 deadline. We have taken efforts to ensure that no default will occur in the future. Accordingly, the parties request that the conference scheduled for April 17, 2026 be cancelled and/or adjourned *sine non die*. If the Court requires that the parties appear, neither side is available on April 17. The parties respectfully request that the conference be held by video conference or phone and adjourned to one of the following dates on which both sides are available during the mornings of April 29, April 30, May 5, 7 and May 8.

  We thank the Court for its consideration of this matter.

cc:  All counsel – via ECF

              Respectfully yours,

              DAVIDA S. PERRY

Application **GRANTED**.  The conference scheduled for April 17, 2026 is **ADJOURNED** sine die.  The Clerk of Court is respectfully requested to terminate ECF No. 37.

SO ORDERED.

Dated: April 13, 2026
New York, New York

              Dale E. Ho
              United States District Judge